JOHN W. HUBER, United States Attorney (No. 7226)
BENJAMIN B. WILLOUGHBY, Special Assistant United States Attorney (No. 10716)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2017 JAN 25  P 1:09

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm ~~and Ammunition~~ |
| vs. | |
| MAURICE SHANE BURRIS, | Case: 1:17-cr-00003<br>Assigned To : Benson, Dee<br>Assign. Date : 01/25/2017<br>Description: USA v. |
| Defendant. | |

The Grand Jury charges:

## COUNT 1

On or about November 4, 2016, in the Northern Division of the District of Utah,

**MAURICE SHANE BURRIS,**

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess in and affecting interstate commerce a firearm and

//

ammunition; to wit, a Tanfaglio .22 caliber handgun ~~and associated ammunition~~; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
BENJAMIN B. WILLOUGHBY
Special Assistant United States Attorney